IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| STEVEN HUNTER, § | |
|    Plaintiff § | |
| § | CIVIL ACTION NO. |
| § | 4:13-cv-377 |
| VS. § | |
| § | |
| FRITO-LAY, INC. AND ROLLING § | |
| FRITO-LAY SALES, LP, § | |
|    Defendants § | |

## AGREED ORDER OF DISMISSAL

CAME ON to be considered the Joint Stipulation of Dismissal With Prejudice, filed by the Parties in the above-entitled and numbered cause. The Court, having considered the joint stipulation of dismissal finds that the dismissal (Dkt. 23) should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims asserted in the above-entitled and numbered cause are dismissed with prejudice to the right of Plaintiff to refile same or any part thereof. All court costs are taxed against the party incurring same.

**SO ORDERED.**

**SIGNED this 17th day of January, 2014.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

/s/ Ronald R. Huff
Ronald R. Huff
State Bar No: 10185050
The Law Office of Ronald R. Huff
112 S. Crockett Street
Sherman, Texas 75090
Telephone: (903) 893-1616
Facsimile: (903) 813.3265
ronhuff@gcecisp.com

**ATTORNEY FOR PLAINTIFF**


/s/ Raymond A. Cowley
Raymond A. Cowley
SBN No. 9642
Texas State Bar No.: 04932400
**COX SMITH MATTHEWS INCORPORATED**
1400 North McColl, Suite 204
McAllen, Texas 78501
Telephone: (956) 984-7400
Facsimile:  (956) 984-7499

**ATTORNEYS FOR DEFENDANTS**